| | | |
|---|---|---|
| RICHARD A. JOHNSON,<br>6920 Kimmel Road<br>Mount Airy, Maryland 21771 | \* | IN THE |
| | \* | CIRCUIT COURT |
| Plaintiff, | \* | FOR |
| v. | \* | CARROLL COUNTY |
| | \* | |
| PNC BANK<br>300 Fifth Street,<br>The Tower at PNC Plaza<br>Pittsburg, PA 15222, | \* | |
| | \* | CASE NO.: |
| | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Richard A. Johnson, by and through his attorneys, Laura A. Simmons and Silverman, Thompson, Slutkin & White, hereby sues the Defendant, PNC Bank, and for his Complaint, states as follows:

### PARTIES, JURISDICTION & VENUE

1. Plaintiff, Richard A. Johnson, is a resident of Frederick County, Maryland.

2. Defendant, PNC Bank, is a company which regularly conducts business throughout the State of Maryland, including Carroll County.

3. The events giving rise to this lawsuit occurred in Carroll County, Maryland.

4. This Court has jurisdiction over this action pursuant to Md. Code Ann., Cts. & Jud. Proc. §§ 1-501.

5. Venue is proper in the Circuit Court for Carroll County pursuant to Md. Code Ann., Cts. & Jud. Proc. § 6-201 (a) and § 6-202 (8), in that the Defendant regularly conducts business in Carroll County and the cause of action arose in Carroll County.

1

## FACTUAL BACKGROUND

6. Plaintiff adopts and incorporate by reference each of the allegations contained in the foregoing paragraphs of this Complaint.

7. On or about October 3, 2018, Plaintiff presented his identification and lawfully cashed a check at the PNC Bank, located at 206 E. Ridgeville Boulevard, Mount Airy, Maryland.

8. At approximately the same time, an unknown person was fraudulently negotiating a check, at the same PNC Bank, with a different bank teller. Upon information and belief, this unknown individual allegedly stole the check earlier that day from a mailbox in Airport Park, Carroll County, and the theft was being investigated by a postal inspector, Dan Goolsby.

9. On or about October 12, 2018, Mr. Goolsby contacted employees/agents of Defendant's Mount Airy branch. He explained that he was conducting an investigation into a mail theft, and that one of the stolen checks had cleared two days prior at the Mount Airy branch. He asked Defendant's employees/agents to provide video surveillance footage recorded at the time that the fraudulent check was negotiated.

10. On or about October 16, 2018, Defendant's employees/agents (including, but not limited to, Robert Smetzer) selected a single photograph of Plaintiff from the video surveillance footage of bank transactions occurring on October 3, 2018. Defendant's employees/agents then sent the single photograph of Plaintiff to Mr. Goolsby, thereby falsely identifying Plaintiff as the person who fraudulently negotiated the check on October 3, 2018.

11. Mr. Goolsby then requested that the Carroll County Sheriff's Office post a flyer on its Facebook page in order to ask the public for information regarding the theft and/or the identity of the person in the photograph. The flyer was posted on November 5, 2018, which included the picture of Plaintiff that was provided by Defendant's agents/employees to Mr. Goolsby, and above

2

the picture was a statement that "*a check was fraudulently negotiated by the individual pictured below.*"

12. The Carroll County Sheriff's Facebook post accusing Plaintiff of a crime remained on the Facebook page for approximately 24 hours; it had thousands of views and was even shared on Facebook by the victim of the mailbox theft. The post was removed only after Plaintiff was forced to go through great time and effort to clear his name, including multiple phone calls, and his personal attendance at an embarrassing interview, during which he was treated as a criminal suspect.

13. Plaintiff is a prominent business and family man who grew up in Carroll County, and currently resides in Mount Airy. He has worked his whole life to establish an excellent reputation. He had never previously been accused of committing a crime.

14. As a direct and proximate result of Defendant's false accusation, Plaintiff has suffered and continues to suffer loss of his standing and reputation in the community, shame, mortification, and mental anguish.

## COUNT I
### (Negligence)

15. Plaintiff adopts and incorporates by reference each of the allegations contained in the foregoing paragraphs of this Complaint.

16. On October 16, 2018, Defendant's agents/employees negligently chose a single photograph of Plaintiff performing his lawful transaction at the PNC Bank in Mount Airy on October 3, 2018, and sent this single photograph to postal inspector, Dan Goolsby, despite the fact that there were other transactions taking place on or about the same time on October 3, 2018.

17. At the time that Defendant's agents/employees provided the single photograph of Plaintiff to Mr. Goolsby, they knew that this photograph was being provided in response to a mail

3

theft investigation, and that the person identified as fraudulently negotiating the check would likely be arrested and charged with a federal felony.

18. With this knowledge, Defendant owed a heightened and/or fiduciary duty to Plaintiff, as its customer, to protect his privacy and reputation, to conduct a careful and thorough inspection of any and all October 3, 2018 video surveillance, and to ensure that all potentially relevant information was properly transmitted to the postal inspector in a reasonable and professional manner.

19. It was entirely foreseeable that Defendant's action of submitting a single photograph of Plaintiff, in response to a federal mail theft/criminal investigation, would lead to the exact harm that was caused upon Plaintiff.

20. As a direct result of Defendant's negligence, Defendant was falsely and publicly accused of a crime, which clearly exposes Plaintiff to public scorn, hatred, contempt, and ridicule.

21. Plaintiff is a prominent business and family man who grew up in Carroll County, and currently resides in Mount Airy. He has worked his whole life to establish an excellent reputation. He had never previously been accused of a committing a crime.

22. As a result of Defendant's negligence, Plaintiff has been and continues to be bombarded with accusations, inquisitions, judgment, and ridicule.

23. As a direct and proximate result of Defendant's negligence, Plaintiff has suffered and continues to suffer loss of his standing and reputation in the community, shame, mortification, and mental anguish.

24. All of Plaintiff's injuries, damages and losses were caused directly and solely by Defendant's negligence.

4

**WHEREFORE**, this suit is brought and Plaintiff demands that that judgment be entered against Defendant, PNC Bank, for compensatory damages in excess of Seventy- Five Thousand Dollars ($75,000.00), plus interest and costs.

## COUNT II
### (Defamation)

25. Plaintiff adopts and incorporates by reference each of the allegations contained in the foregoing paragraphs of this Complaint.

26. On or about October 16, 2018, Defendant's agents/employees made a defamatory statement/false accusation to postal inspector, Dan Goolsby, by choosing a single photograph of Plaintiff and identifying him as the individual who fraudulently negotiated a check on October 3, 2018.

27. The November 5, 2018 Carroll County Sheriff's Facebook post, which falsely identified and defamed Plaintiff as the person who fraudulently negotiated the check on October 3, 2018, was the direct and proximate result of Defendant's action in falsely identifying Plaintiff on or about October 16, 2018.

28. The statements are false in that Plaintiff did not fraudulently negotiate the check, and eventually the wrongdoer was identified by Defendant's agents/employees by way of a second, more thorough search of video surveillance recorded on October 3, 2018.

29. The statements are libelous per se in that they falsely accuse Plaintiff of committing a crime, which clearly exposes Plaintiff to public scorn, hatred, contempt, and ridicule.

30. Plaintiff is a prominent business and family man who grew up in Carroll County, and currently resides in Mount Airy. He has worked his whole life to establish an excellent reputation. He had never previously been accused of a committing a crime.

31. As a direct and proximate result of Defendant's false accusation, Plaintiff has been and continues to be bombarded with accusations, inquisitions, judgment and ridicule.

32. As a direct and proximate result of Defendant's false accusation, Plaintiff has suffered and continues to suffer loss of his standing and reputation in the community, shame, mortification, and mental anguish.

33. All of Plaintiff's injuries, damages and losses were caused directly and solely by Defendant's false statements.

**WHEREFORE**, this suit is brought and Plaintiff demands that that judgment be entered against Defendant, PNC Bank, for compensatory damages in excess of Seventy- Five Thousand Dollars ($75,000.00), plus interest and costs.

Respectfully submitted,

LAURA A. SIMMONS (CP 9512120366)
SILVERMAN THOMPSON SLUTKIN & WHITE
201 North Charles Street, Suite 2600
Baltimore, Maryland 21201
(410) 385-2225
Counsel for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff, Richard A. Johnson, requests a jury trial on all issues herein.

_____
LAURA A. SIMMONS